IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| ------------------------------------------------------------- ) | |
| ) | |
| CALYON NEW YORK BRANCH, ) | |
| ) | |
| Appellant, ) | Civil Action No. 09-746-JJF |
| ) | |
| v. ) | |
| ) | |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., et al., ) | |
| ) | |
| Appellees. ) | |

## CERTIFICATION TO COURT OF APPEALS
## BY ALL PARTIES

A notice of appeal (D.I. 1) having been filed in the above-styled matter on September 17, 2009, Calyon New York Branch, as Administrative Agent Pursuant to Repurchase Agreement, and Debtors and Debtors-in-Possession, who are all the appellants and all the appellees hereby certify to the Court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

Leave to appeal in this matter ☐ is ☒ is not required under 28 U.S.C. § 158(a).

This certification arises in an appeal from a final judgment, order, or decree of the United States Bankruptcy Court for the District of Delaware entered on September 8, 2009.

The judgment, order, or decree involves a question of law as to which there is no controlling decision of the court of appeals for this circuit or of the Supreme Court of the United States, or involves a matter of public importance.

Attached hereto as Exhibit A is the Joint Statement of the parties concerning the basis for the certification, including certain information identified in Rule 8001(f)(3)(C) of the Federal Rules of Bankruptcy Procedure.

| | |
|---|---|
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| __/s/ Michael G. Busenkell__<br>Michael G. Busenkell (DE No. 3933)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Telephone: 302.252.4324<br>Facsimile: 302.252.4330<br>*mbusenkell@wcsr.com* | /s/ John T. Dorsey<br>John T. Dorsey (No. 2988)<br>Curtis J. Crowther (No. 3238)<br>Michele Sherretta Budicak (No. 4651)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>*jdorsey@ycst.com* |
| -and-<br><br>Benjamin C. Ackerly<br>Jason W. Harbour (DE No. 4176)<br>HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 E. Byrd Street<br>Richmond, Virginia 23219-4074<br>Telephone: (804) 788-8200<br>Facsimile: (804) 788-8218<br><br>*Counsel for Appellant*<br>*Calyon New York Branch*<br><br>Dated: October 19, 2009 | *Counsel for Appellees*<br>*Debtors and Debtors-in-Possession*<br><br>Dated: October 19, 2009 |